UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE MCGEE,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT A. MCDONALD, et al.,<br><br>    Defendants. | Case No. 16-cv-03843-JD<br><br>**ORDER TO SHOW CAUSE** |

The docket shows that no defendant has filed a response to plaintiff's amended complaint and that nothing has happened in the case since September 2017. Plaintiff McGee is ordered to show cause in writing by **September 23, 2019**, why the case should not be dismissed under Federal Rule of Civil Procedure 41(b), for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 5, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE MCGEE,

    Plaintiff,

v.

ROBERT A. MCDONALD, et al.,

    Defendants.

Case No. 16-cv-03843-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 6, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tyrone McGee
P.O. Box 32211
Oakland, CA 94604

Dated: September 6, 2019

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO