1

2

3                          UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6    TYRONE MCGEE,                              Case No. 16-cv-03843-JD

7                    Plaintiff,
                                                **ORDER OF DISMISSAL**
8            v.

9    ROBERT A. MCDONALD, et al.,

10                   Defendants.

11          No defendant has filed a response to plaintiff's amended complaint, and nothing has

12   happened in this case since September 2017.  Consequently, on September 6, 2019, the Court

13   issued an order for plaintiff McGee to show cause why the case should not be dismissed under

14   Federal Rule of Civil Procedure 41(b), for failure to prosecute.  Dkt. No. 17.  The deadline for a

15   response was September 23, 2019.  *Id.*  No response has been filed.

16          Plaintiff has failed to show any cause why the case should not be dismissed and he appears

17   to have abandoned the case.  While the Court favors the disposition of cases on the merits, it has

18   considered the five factors set forth in *Malone v. United States Postal Service*, 833 F.2d 128, 130

19   (9th Cir. 1987), and finds that dismissal here is warranted by the circumstances.  The case is

20   dismissed without prejudice under Rule 41(b) and the file will be closed.

21          **IT IS SO ORDERED.**

22   Dated:  September 25, 2019

23

24   _____

25   JAMES DONATO
     United States District Judge

26

27

28

1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3

4  TYRONE MCGEE,                          Case No. 16-cv-03843-JD

           Plaintiff,
5
           v.                             **CERTIFICATE OF SERVICE**
6

7  ROBERT A. MCDONALD, et al.,

           Defendants.
8

9       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

10 District Court, Northern District of California.

11

12      That on September 25, 2019, I SERVED a true and correct copy(ies) of the attached, by

13 placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

14 depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

15 receptacle located in the Clerk's office.

16

17 Tyrone  McGee
   P.O. Box 32211
18 Oakland, CA 94604

19

20
   Dated: September 25, 2019
21

22                                        Susan Y. Soong
                                          Clerk, United States District Court
23

24

25 By:
                                          LISA R. CLARK, Deputy Clerk to the
26                                        Honorable JAMES DONATO

27

28